**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Lanalsikov Lowe,<br><br>    Defendant | Case No.: 2:14-cr-00004-JAD-VCF<br><br>**Order Granting Motion to Reconsider,<br>Vacating Order, and<br>and Directing Further Briefing**<br><br>[ECF No. 329] |

    Lamalsikou Lowe[1] is serving an 87-month federal prison sentence after a jury found him guilty of being a felon in possession of a firearm and possessing cocaine with intent to distribute and the Ninth Circuit affirmed.[2] In a one-page motion, Lowe moved under 28 U.S.C. § 2255 to vacate his conviction for being a felon in possession of a firearm under the Supreme Court's recent decision in *Rehaif v. United States*.[3] I denied that motion without requesting government response because I found that the files and records of this case conclusively show that he is entitled to no such relief.[4]

    Lowe's counsel now points out in a motion for relief from judgment that I entered that ruling prematurely and while the court was waiting for his counsel to consult with Lowe about his pro se motion.[5] Counsel asks me to set aside that ruling and allow him to supplement Lowe's pro se arguments before making the decision on § 2255 relief.[6] The government responds that it

---

[1] The spelling of Lowe's name in the caption is error.

[2] ECF Nos. 271; 285.

[3] *Rehaif v. United States*, 139 S. Ct. 2191 (2019).

[4] ECF Nos. 327, 328.

[5] ECF No. 329.

[6] *Id*.

has no objection to allowing the supplementation, and it argues that my order resolving Lowe's pro se motion was erroneous in another way: this Court lacked the authority to reach the merits because the motion constitutes an unauthorized second and successive petition.[7]

Because I prematurely denied the motion without waiting for a supplemental filing from counsel, IT IS HEREBY ORDERED that the motion for reconsideration **[ECF No. 329] is GRANTED.**[8]

IT IS FURTHER ORDERED that the Order Denying Motion to Vacate Sentence and resulting judgment **[ECF Nos. 327 & 328] are VACATED and SET ASIDE**, and the Motion to Vacate Sentence under 28 U.S.C. 2255 **[ECF No. 319] is REINSTATED.**

IT IS FURTHER ORDERED that counsel for defendant has until June 15, 2020, to file a supplement to Lowe's pro se motion [ECF No. 319]. The government will have until July 15, 2020, to file a response to the supplemented motion. Counsel for defendant will then have until July 31, 2020, to file a reply. No further briefing on this issue will be entertained.

Dated: June 5, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[7] ECF No. 330.

[8] By this order, I take no position on the merits of the government's arguments.

2